IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> FOR AUTHORIZATION TO INSTALL ) <br> AND USE PEN TRAP DEVICES AND TO ) <br> OBTAIN HISTORICAL AND PROSPECTIVE ) <br> CELL SITE AND E911 DATA ) <br> FROM AT&T | Magistrate No. 16-1126 <br> **(UNDER SEAL)** |

## OMNIBUS APPLICATION AND AFFIDAVIT
## FOR PENTRAP DATA, HISTORICAL AND PROSPECTIVE CELL SITE DATA AND E911/GPS PRECISE LOCATION INFORMATION REGARDING A CELL PHONE RELEVANT TO INVESTIGATION OF A FUGITIVE

This is a hybrid Application seeking authorization to obtain certain information related to a particular cellular telephone. Such information is needed in the continuing investigation of a fugitive from justice being actively sought by the United States Marshals Service. As set forth below, this application seeks various types of information related to said cellular telephone, including pen trap data, historical and prospective cell site data and precise location data.

Since certain providers of electronic communication service can only provide prospective cell tower information in conjunction with the installation of a pen register and/or trap and trace device, and the United States is in need of such information, a certification from an Assistant U.S. Attorney will be simultaneously submitted at the above case number requesting that this court authorize by court order the issuance of pen register and/or trap and trace for **target cell phone number (724) 797-2400.**

I.  **CERTIFICATION FOR PEN REGISTER AND TRAP AND TRACE**

Under 18 U.S.C. § 3122(a)(1), an Assistant U.S. Attorney may apply for an order under 18 U.S.C. § 3123 authorizing the installation and use of a pen register and a trap and trace device.

Such an application must include three elements: (1) "the identity of the attorney for the Government or the State law enforcement or investigative officer making the application"; (2) "the identity of the law enforcement agency conducting the investigation"; and (3) "a certification by the applicant that the information likely to be obtained is relevant to an ongoing criminal investigation being conducted by that agency." 18 U.S.C. §3122(b). The undersigned Assistant United States Attorney is an "attorney for the government"; the law enforcement agency conducting the investigation is the **U.S. Marshals Service,** and the Assistant United States Attorney hereby certifies that the information likely to be obtained by the requested pen-trap device on **target cell phone number (724) 797-2400.** is relevant to an ongoing criminal investigation being conducted by the U.S. Marshals Service in connection with possible violations of federal criminal offenses, including Title 18 United States Code, Section 3583, Supervised Release and that it is believed that JEFFREY CARTER, and others known and unknown, have used and will continue to use the target cell phone number in furtherance of the subject offense and to continue to avoid apprehension by law enforcement authorities. The foregoing is based on information provided to me in my official capacity by agents of the U.S. Marshals Service.

Pursuant to 18 U.S.C. Sections 2703 (c)(1)(B) and (d), the government has supplied specific and articulable facts provided in the application and affidavit submitted at this case number to obtain subscriber information for the results of the pentrap device.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5th, 2016.

_____
CONOR LAMB
Assistant United States Attorney
PA ID No. 304874

2